## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MANATT, et al.,** : | |
| : | |
| *Plaintiffs,* : | |
| : | **Case No. 2:19-cv-01163-JDW** |
| v. : | |
| : | |
| **UNITED STATES DEPARTMENT OF** : | |
| **HOMELAND SECURITY, et al.,** : | |
| : | |
| *Defendants.* : | |

## ORDER

AND NOW, this 20th day of July, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.  The Motion for Summary Judgment by Plaintiffs Daniel Manatt and Garen Meguerian (ECF No. 22) is **DENIED**; and

2.  Defendants' Motion For Summary Judgment (ECF No. 23) is **GRANTED** as to Count IV and is otherwise **DENIED**.

It is **FURTHER ORDERED** as follows:

1.  On or before July 31, 2020, the United States Customs and Immigration Service shall submit a supplemental declaration about the search that it conducted in response to Plaintiffs' FOIA request;

2.  On or before August 14, 2020, Plaintiffs shall either file a renewed motion for summary judgment on the adequacy of USCIS's search or shall notify the Court that they are satisfied with the scope of the search, based on the supplemental information USCIS provides;

3.  On or before July 31, 2020, USCIS shall submit to the Court for *in camera* review Document Nos. 14, 15, 35, 50, 93, 105, 137, and 146 on its *Vaughn* Index. USCIS shall submit the

documents electronically, either on a memory stick, hard drive, DVD, or via secure FTP transmission;

4.     On or before July 31, 2020, DHS shall provide the Court with an update on the production of documents referred to it for review; and

5.     The Court will hold a hearing on August 13, 2020 at 10:00 a.m., via video conference, concerning DHS's compliance with the Court's Order dated November 20, 2019. At that hearing, DHS shall make available as a witness the senior-most DHS employee who had responsibility for deciding whether and how to comply with the Court's Order. At the hearing, the Court will determine whether sanctions or a finding of contempt is appropriate. The Court's staff will provide the parties with technical details for the video hearing.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge