# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MANATT, et al.,** | : |
| *Plaintiffs,* | : |
| v. | : Case No. 2:19-cv-01163-JDW |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,** | : |
| *Defendants.* | : |

## ORDER

AND NOW, this 12th day of August, 2020, for the reasons stated in the accompanying Memorandum, and following the review of documents that the U.S. Customs and Immigration Service submitted for *in camera* review, it is **ORDERED** as follows:

1. On or before August 26, 2020, USCIS shall provide to Plaintiffs unredacted copies of Document Nos. 36, 50, 93, and 137;

2. On or before August 26, 2020, USCIS shall provide to Plaintiffs a revised, redacted version of Document Nos. 15 and 30, consistent with the Court's Memorandum; and

3. The Court concludes that USCIS properly withheld Document Nos. 14, 105, and 146.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge