## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL MANATT, et al.,** : | |
| : | **Case No. 2:19-cv-01163-JDW** |
| *Plaintiffs,* : | |
| : | |
| v. : | |
| : | |
| **UNITED STATES DEPARTMENT OF** : | |
| **HOMELAND SECURITY, et al.,** : | |
| : | |
| *Defendants.* : | |

## ORDER

**AND NOW**, this 1st day of September, 2020, upon consideration of the Parties' joint letter dated August 27, 2020, the Court **ORDERS** as follows:

1. On or before October 30, 2020, counsel for USCIS shall notify Plaintiff's counsel whether it will be feasible for USCIS to conduct an additional search, as discussed by the Parties, in order to avoid a renewed Motion for Summary Judgment on the issue of the reasonableness of the underlying search for documents. **No further extensions will be granted**; and

2. On or before November 6, 2020, the Parties shall submit a joint letter to the Court regarding the status of an additional search or additional motions practice.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.